```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DUANE E. LEA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER, | : | |
| et al. | : | NO. 02-CV-2916 |

**MEMORANDUM & ORDER**

**J.M. KELLY, J.**                                              **May 28, 2002**

       Before the Court is Plaintiff's Motion for Reconsideration of his previous Motion to Proceed <u>In Forma Pauperis</u>, which was denied on May 20, 2002. Also included in the aforesaid motion is Plaintiff's Motion for Appointment of Counsel.

       In his current motion plaintiff articulates fixed bills in the amount of approximately $3,000 per month. This does not include his utility bills or payment for food. His gross income, including that of his spouse is approximately $5,000 a month. Since plaintiff wants the appointment of counsel, I suggest it is incumbent upon him to show some reasonable effort was made to secure counsel. In an effort to cure what appears to be defects in the plaintiff's motion, the Court enters the following Order:

       1. Plaintiff's Motion for Reconsideration is DENIED without prejudice.

       2. Plaintiff shall apply for employment of counsel to the Lawyer Referral Service of the Philadelphia Bar Association,

1311 Spruce Street, Philadelphia, PA 19107 (Telephone No. 215-545-9300), or to the Community Legal Service, 1424 Chestnut Street, Philadelphia, PA 19102 (Telephone No. 215-981-3706).

  3. The Clerk of Court will provide the plaintiff with a copy of the form of affidavit required to proceed <u>in forma pauperis</u>.  Plaintiff shall submit the completed affidavit upon resubmission to proceed <u>in forma pauperis</u>.

        BY THE COURT:


        _____
        JAMES McGIRR KELLY, J.