IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUANE E. LEA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER, et al. | : | NO. 02-CV-2916 |

**MEMORANDUM & ORDER**

**J.M. KELLY, J.**                                                                 **JUNE 18, 2002**

      Before the Court is Duane A. Lea's Motion to Proceed <u>In Forma Pauperis</u>. Mr. Lea earns approximately $48,000 a year and his spouse earns approximately $20,000 a year. Other than ordinary household expenses, there are no extraordinary bills to be paid. The Court finds that Mr. Lea has sufficient income to pay the usual costs of litigation. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis is DENIED.

                                        BY THE COURT:

                                        _____
                                        JAMES McGIRR KELLY, J.