IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUANE E. LEA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER, | : | |
| et al. | : | NO. 02-CV-2916 |

**O R D E R**

Before the Court is a pleading filed by a pro se plaintiff, which is a Motion for Reconsideration to Proceed *in forma pauperis*. The plaintiff and his spouse earn approximately $68,000 per year. There is nothing substantial in the motion for reconsideration that was not already provided to the Court in plaintiff's previous motion. The Court finds that Mr. Lea has sufficient income to pay the usual costs of litigation. If Mr. Lea is unable to pay counsel in this matter and is unable to secure counsel on a contingent basis, the Court may consider the appointment of counsel. However, plaintiff is advised that counsel has to agree to accept the appointment and there is no guarantee that counsel will agree. Accordingly, plaintiff's motion for reconsideration of his previous motion to proceed *in forma pauperis* is DENIED.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.

DATED:   June 25, 2002