# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:02-cv-02916-JK

LEA v. POTTER et al
Assigned to: HONORABLE JAMES MCGIRR KELLY
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 05/16/02
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**DUANE E. LEA**                    represented by   **DUANE E. LEA**
#527 JUSTICE DRIVE
MARLTON, NJ 08053-5346
PRO SE

V.

**Defendant**
-----------------------

**JOHN E. POTTER,** *POSTMASTER GENERAL - U.S. POSTAL SERVICE*

**JAMES J. GALLAGHER,** *POSTMASTER - PHILADELPHIA*

**JAMES J. ADAMS,** *AREA "C" MANAGER ET AL*

**KAREN STRAWBRIDGE,** *LIMITED DUTY CARRIER*

**ED GANISEWSKI,** *LIMITED DUTY CARRIER*



GOVERNMENT'S EXHIBIT 1

| Filing Date | # | Docket Text |
|---|---|---|
| 05/16/2002 | 1 | MOTION for Leave to Proceed in forma pauperis and Statement In Support filed by DUANE E. LEA . (cw, ) (Entered: 05/17/2002) |
| 05/20/2002 | 2 | ORDER, PLFF'S MOTION FOR PROCEED IN FORMA PAUPERIS IS DENIED. (SIGNED BY JUDGE JAMES MCGIRR KELLY) 5/20/02 ENTERED AND COPIES MAILED.(fb) (Entered: 05/20/2002) |
| 05/23/2002 | 3 | MOTION BY DUANE E. LEA FOR RECONSIDERATION. (fb) (Entered: 05/23/2002) |
| 05/28/2002 | 4 | MEMORANDUM AND ORDER DENYING [3] MOTION FOR RECONSIDERATION WITHOUT PREJUDICE. THE CLERK OF COURT WILL PROVIDE THE PLFF WITH A COPY OF THE FORM OF AFFIDAVIT REQUIRED TO PROCEED IN FORMA PAUPERIS. PLFF SHALL SUBMIT THE COMPLETED AFFIDAVIT UPON RESUBMISSION TO PROCEED IN FORMA PAUPERIS. ( SIGNED BY JUDGE JAMES MCGIRR KELLY ON 5/28/02.) 5/29/02 ENTERED AND COPIES MAILED(gn, ) Additional attachment(s) added on 5/29/2002 (gn, ). Additional attachment(s) added on 5/29/2002 (gn, ). (Entered: 05/29/2002) |
| 06/13/2002 | 5 | MOTION BY DUANE E. LEA [pla] TO PROCEED IN FORMA PAUPERIS, STATEMENT. (fb) (Entered: 06/14/2002) |
| 06/19/2002 | 6 | ORDER, PLFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS DENIED. (SIGNED BY JUDGE JAMES MCGIRR KELLY) 6/19/02 ENTERED AND COPIES MAILED.(fb) (Entered: 06/19/2002) |
| 06/25/2002 | 7 | MOTION BY DUANE E. LEA [pla] FOR RECONSIDERATION. (fb) (Entered: 06/25/2002) |
| 06/25/2002 | 8 | ORDER, PLFF'S MOTION FOR RECONSIDERATION OF HIS PREVIOUS MOTION TO PROCEED IN FORMA PAUPERIS IS DENIED. (SIGNED BY JUDGE JAMES McGIRR KELLY) 6/25/02 ENTERED AND COPIES MAILED.(fb) (Entered: 06/25/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/10/2003 08:24:17 | | | |
| PACER Login: | us5102 | Client Code: | |
| Description: | Docket Report | Case Number: | 2:02-cv-02916-JK |
| Billable Pages: | 1 | Cost: | 0.07 |