IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUANE E. LEA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. POTTER, POSTMASTER GENERAL U.S. POSTAL SERVICE, et al. | : : : | NO. 02-CV-2916 |

**O R D E R**

AND NOW, this 6th day of May, 2004, in consideration of Defendant's Motion to Dismiss (Document No. 9), to which no response has been filed, and in consideration of Local Rule of Civil Procedure 7.1(c), it is ORDERED that Defendant's Motion to Dismiss is GRANTED.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.